JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SULING SUN, | ) | No. C 09-5097 TEH |
|              Plaintiff, | ) | |
|   v. | ) | |
| | ) | JOINT STIPULATION TO DISMISS |
| Attorney General of the United States, ERIC | ) | PURSUANT TO FED. R. CIV. P. 41(a); |
| HOLDER; et al., | ) | |
| | ) | |
|              Defendants. | ) | |
| _____ | ) | |

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
C 09-5097 TEH

1         Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate, pursuant

2    to Fed. R. Civ. P. 41(a), to dismissal of this action.

3         Each of the parties shall bear their own costs and fees.

4    Dated: December 16, 2009                          Respectfully submitted,

5                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney
6
                                                       _____/s/_____
7                                                      MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
8                                                      Attorney for Defendants

9

10   Dated: December 21, 2009                          _____/s/_____
                                                       MING JI
11                                                     Attorney for Plaintiff



IT IS SO ORDERED

Judge Thelton E. Henderson

12/22/09

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

28      [1], Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 09-5097 TEH                              2